NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BENNETT MARINE, INC.,**
*Plaintiff-Cross Appellant,*

v.

**LENCO MARINE, INC.** AND
**RICHARD DEVITO, JR.,**
*Defendants-Appellants,*

AND

**RINKER BOAT COMPANY** AND
**KIM SLOCUM,**
*Defendants.*

---

2012-1336, -1354

---

Appeals from the United States District Court for the Southern District of Florida in case no. 04-CV-60326, Judge Kenneth A. Marra.

---

**ON MOTION**

---

**O R D E R**

Lenco Marine, Inc. and Richard DeVito, Jr. move for a 30-day extension of time, until February 1, 2013, to file

BENNETT MARINE, INC. V. LENCO MARINE, INC.                    2

their response and reply brief.   Bennett Marine, Inc. opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21